DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| William R. Cohen, Trustee, et al., | ) | CASE NO. 1:08 CV 702 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGMENT ENTRY |
| v. | ) | |
| | ) | |
| Cleveland Commerce Center, Inc., et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

For the reasons set forth in the Memorandum Opinion filed June 19, 2009 (ECF #46), IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Count I of plaintiffs' complaint is dismissed; and

2. Count II of plaintiffs' complaint remains pending.

IT IS SO ORDERED.

| | |
|---|---|
| June 19, 2009 | *S/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |