November 18, 2009
IT IS SO ORDERED.
s/David D. Dowd, Jr.
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SUZANNE W. COHEN, | CASE NO.:  1:08-CV-702 |
| Plaintiff, | JUDGE DAVID D. DOWD, JR. |
| v. | |
| CLEVELAND COMMERCE CENTER, INC., et al., | **STIPULATION OF DISMISSAL** |
| Defendants. | |

Plaintiffs William R. Cohen and Thomas F. Cohen, as Co-Trustees of the Suzanne W. Cohen Trust ("Plaintiffs"), by and through their respective undersigned counsel, hereby stipulate, pursuant to the terms of a Settlement Agreement and General Release among the parties (the "Settlement Agreement") and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the claims of Plaintiffs are dismissed with prejudice, with each party to bear its, his or her own costs.  The Court shall retain jurisdiction over the Settlement Agreement.

| | |
|---|---|
| /s/ Karl E. May | /s/ Mark R. Jacobs |
| Karl E. May (0033294) | Michael H. Diamant (0000119) |
| Frank P. Nagorney, Esq. | Mark R. Jacobs (0071228) |
| Cowden & Humphrey | Taft Stettinius & Hollister LLP |
| 4415 Euclid Avenue, Suite 200 | 200 Public Square, Suite 3500 |
| Cleveland, OH 44103 | Cleveland, OH  44114 |
| Phone: 216.376.1305; Fax: 216.241.2881 | Phone: 216.241.2838; Fax: 216.241.3707 |
| kmay@cowdenlaw.com | *mdiamant@taftlaw.com* |
| fnagorney@cowdenlaw.com | *mjacobs@taftlaw.com* |
| *Attorneys for Defendants Deborah W. Garson, Fiduciary of the Etate of Peter K. Garson, Michael Garson and Marjorie Garson* | *Attorneys for Plaintiffs* |

/s/ John Winship Read
Anthony J. O'Malley (0017506)
John Winship Read (0030827)
Elizabeth A. Ratliff (0075673)
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East 9th St.
Cleveland, OH 44114
Phone: 216.479.6191; Fax: 216.937.3769
ajomalley@vorys.com;
jwread@vorys.com; earatliff@vorys.com
*Attorneys for Defendant Cleveland Commerce Center, Inc.*